# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**KENNETH WASHINGTON,**

    **Plaintiff,**

**v.**                                                 **Case No. 5:19cv458-TKW-MJF**

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

# **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that the proper venue for this case is the Southern District of Florida. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the Southern District of Florida, and the Clerk shall close the case file.

**DONE and ORDERED** this 9th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**